USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/10

Griesa, J    NK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ALLAN APPLESTEIN TTEE FBO D.C.A.            :
GRANTOR TRUST
                                            :  Case No. 03-6268 (TPG)
              Plaintiff,
                                            :
- against -                                    **ORDER**
                                            :
THE PROVINCE OF BUENOS AIRES
                                            :
              Defendant.
------------------------------------------------------------------ X

**UPON CONSIDERATION** of the Motion of plaintiff ALLAN APPLESTEIN TTEE FBO D.C.A. GRANTOR TRUST, brought by Order to Show Case filed on August 4, 2010, for an Order (i) pursuant to Rules 64 and 69 of the Federal Rules of Civil Procedure, Article 52 of the Civil Practice Laws and Rules, and 28 U.S.C. § 1610(c) attaching the proceeds from the sale or contemplated sale of the Bonds (as defined in the Declaration of Howard Kleinhendler, dated August 3, 2010); (ii) requiring defendant THE PROVINCE OF BUENOS AIRES to cause such proceeds to be deposited into an account to be designated by the Court for Plaintiff's benefit; and (iii) requiring expedited discovery from Defendant and any applicable third-party to the extent necessary to implement the transfer of the proceeds for Plaintiff's benefit,

**IT IS HEREBY ORDERED** that for the reasons stated on the record on August 18, 2010, the Motion is **DENIED** in all respects.

**SO ORDERED.**

Dated: New York, New York
       August 24, 2010

_____
Hon. Thomas P. Griesa, U.S.D.J.