Howard Kleinhendler
Sara Spiegelman
Julian D. Schreibman
WACHTEL & MASYR, LLP
885 Second Avenue, 47th Floor
New York, New York 10017



*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- X

ALLAN APPLESTEIN TTEE FBO D.C.A.   :   Case No. 03-6268 (TPG)
GRANTOR TRUST,

                   Plaintiff,           :

          - against -

                             :   **NOTICE OF APPEAL**

THE PROVINCE OF BUENOS AIRES,

                Defendant        X

-------------------------------------------------------

      PLEASE TAKE NOTICE that plaintiff-appellant Allan Applestein TTEE FBO D.C.A.

Grantor Trust hereby appeals to the United States Court of Appeals for the Second Circuit from

the order of the United States District Court for the Southern District of New York (Grisea, J.)

dated August 24, 2010 and entered on August 25, 2010, denying plaintiff's motion for post-

judgment execution and discovery upon the assets of defendant The Province of Buenos Aires

located in the U.S.

Dated: New York, New York
       August 26, 2010

                                         **WACHTEL & MASYR, LLP**

By: _____
                       Howard Kleinhendler
                       Julian Schreibman
                       Sara Spiegelman
                       885 Second Avenue, 47th Floor
                       New York, New York 10017
                       (212) 909-9500
                       *Attorneys for Plaintiff*

TO:

       Carmine Boccuzzi, Esq.
       Cleary Gottlieb Steen & Hamilton, LLP,
       One Liberty Plaza
       New York, New York 10006